**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

**(1) THE KIAMICHI RIVER LEGACY ALLIANCE, INC., an Oklahoma Not for Profit Corporation; et al.,**
**sarah_**
**Plaintiffs,**

**vs.**

**(1) DAVID BERNHARDT, in his official capacity as acting Secretary of the United States Department of the Interior; et al.,**

**Defendants.**

**Case No. 19-CV-108-RAW**

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME IN WHICH TO REPLY TO PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTION TO DISMISS**

Before the court is the Motion for Extension of Time [Docket No. 55] of Defendants Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and Julie Cunningham, in her official capacity as Executive Director of the Oklahoma Water Resources Board (together "State"), Defendants Bill Anoatubby, in his official capacity as Governor of the Chickasaw Nation and Gary Batton, in his official capacity as Chief of the Choctaw Nation of Oklahoma, (together "Nations") and Defendants David Holt, in his official capacity as Mayor of the City of Oklahoma City, and Carl Edwards, in his Official capacity as Chairman of the Board of Trustees of the Oklahoma City Water Utilities Trust (together "City") (collectively "Movant Defendants").

The motion is hereby GRANTED.

It is hereby ORDERED that Movant Defendants' have until August 23, 2019 to file their replies to Plaintiffs' responses to Defendants' motion to dismiss, filed on August 8, 2019. Movant

Defendants have until August 23, 2019 to reply to Plaintiff's responses to Defendants' motion to dismiss.

Dated the 21st day of August, 2019.

Ronald A. White
United States District Judge
Eastern District of Oklahoma

Submitted By:

**OKLAHOMA OFFICE OF THE ATTORNEY GENERAL**
Mithun Mansinghani
Solicitor General
313 NE 21st St.
Oklahoma City, OK 73105
405-522-4392
Mithun.mansinghani@oak.ok.gov

**MODRALL SPERLING ROEHL HARRIS & SISK, P.A.**
Maria O'Brien
Sarah M. Stevenson
P.O. Box 2168
Albuquerque, NM 87103-2168
505-848-1803
mobrien@modrall.com
sarah.stevenson@modrall.com

*Co-Councel with Defendants Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, and Julie Cunningham, in her official capacity as Executive Director of the Oklahoma Water Resources Board*

**RYLEY CARLOCK & APPLEWHITE**
Brian M. Nazarenus, OBA #30814
1700 Lincoln Street, Suite 3500

Denver, CO 80203
303-863-7500
bnazarenus@rcalaw.com
*Attorney for Defendants David Holt, in his official capacity as Mayor of the City of Oklahoma City, and Carl Edwards, in his Official capacity as Chairman of the Board of Trustees of the Oklahoma City Water Utilities Trust*

**WHITTEN BURRAGE**
Michael Burrage, OBA No. 1350
Patricia Sawyer, OBA No. 30712
512 N. Broadway, Suite 300
Oklahoma City, OK 73102
405-516-7800
mburrage@whittenburragelaw.com
psawyer@whittenburragelaw.com
*Attorneys for Defendants Bill Anoatubby, in his official capacity as Governor of the Chickasaw Nation and Gary Batton, in his official capacity as Chief of the Choctaw Nation of Oklahoma*